# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 26, 2024

Ms. Pardis Gheibi
U.S. Department of Justice
Commercial Litigation
1100 L Street, N.W.
Suite 10144
1100 L Street NW
Washington, DC 20530

          Re:  Case No. 24-5588, *TN, et al v. Miguel Cardona, et al*
                Originating Case No. : 2:24-cv-00072

Dear Counsel,

  This appeal has been docketed as case number **24-5588** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

  At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **July 10, 2024**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

                Appellant:    Appearance of Counsel
                               Civil Appeal Statement of Parties & Issues
                               Disclosure of Corporate Affiliations
                               Application for Admission to 6th Circuit Bar (if applicable)

      Appellee:     Appearance of Counsel
                          Disclosure of Corporate Affiliations
                          Application for Admission to 6th Circuit Bar (if applicable)

    If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                                    Sincerely yours,

                                                    s/Roy G. Ford
                                                    Case Manager
                                                    Direct Dial No. 513-564-7016

cc:  Mr. James A. Barta
      Mr. Kevin Michael Gallagher
      Ms. Lindsey Keiser
      Mr. Edward L. Metzger III
      Mr. Brian Daniel Mounce
      Mr. Jonathan Andrew Scruggs
      Ms. Mathura Jaya Sridharan
      Mr. Michael Ray Williams
      Mr. Charles P. Wisdom Jr.

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-5588

STATE OF TENNESSEE; COMMONWEALTH OF KENTUCKY; STATE OF OHIO; STATE OF INDIANA; COMMONWEALTH OF VIRGINIA; STATE OF WEST VIRGINIA

        Plaintiffs - Appellees

CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL; A.C., by her next friend and mother Next Friend, Abigail Cross

        Intervenors - Plaintiffs - Appellees

v.

MIGUEL CARDONA, in his official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION;

        Defendants - Appellants