# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 01, 2024

Ms. Virginia Adamson
Mr. James A. Barta
Mr. John J. Bursch
Mr. Thomas Elliot Gaiser
Mr. Kevin Michael Gallagher
Ms. Pardis Gheibi
Mr. Steven James Griffin
Ms. Whitney D. Hermandorfer
Ms. Lindsey Keiser
Mr. Matthew Franklin Kuhn
Mr. Edward L. Metzger III

Mr. Brian Daniel Mounce
Mr. Steven A. Myers
Ms. Melissa N. Patterson
Mr. James Matthew Rice
Mr. Jonathan Andrew Scruggs
Ms. Mathura Jaya Sridharan
Mr. Jack Starcher
Mr. Jacob P. Warner
Mr. Michael Ray Williams
Mr. Charles P. Wisdom Jr.

Re:  Case No. 24-5588, *TN, et al v. Miguel Cardona, et al*
     Originating Case No. : 2:24-cv-00072

Dear Counsel,

The defendants have filed an emergency motion for a partial stay pending appeal. The plaintiffs are directed to file a response to the motion on or before July 3, 2024, and the defendants are directed to file a reply on or before July 9, 2024.

Sincerely yours,

s/Anne C. Brown for Roy Ford
Case Manager
Direct Dial No. 513-564-7016