No. 24-5588

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

STATE OF TENNESSEE, et al.,

                    Plaintiffs-Appellees,

v.

MIGUEL CARDONA, et al.,

                    Defendants-Appellants.

On Appeal from an Order of the
United States District Court for the Eastern District of Kentucky
Case No. 2:24-cv-72, Hon. Danny C. Reeves

**MOTION OF ORGANIZATIONS SERVING PREGNANT AND PARENTING STUDENTS FOR LEAVE TO FILE A LATE AMICUS BRIEF IN SUPPORT OF DEFENDANTS-APPELLANTS' EMERGENCY MOTION FOR A PARTIAL STAY**

Proposed *Amici* move for leave to file a late amicus brief in support of the Defendants-Appellants' emergency motion for a partial stay. The Defendants-Appellants and Plaintiffs-Appellees, including the Plaintiffs-Intervenors, have all consented, through counsel, to the filing of this brief today. A true and correct copy of the proposed brief accompanies this motion.

1. Proposed *Amici* are Justice + Joy National Collaborative, Mommies in the D, Generation Hope, the U.S. Breastfeeding Committee, and the National Nurse-Led Care Consortium. These organizations work to support pregnant and parenting students in school to ensure no student must choose between their education and their family. The U.S. Department of Education's new regulations include provisions that strengthen and clarify the law's protections for pregnant and postpartum students. *See Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474, 33,887–88 (Apr. 29, 2024) (to be codified at 34 C.F.R. § 106.40). Accordingly, Proposed *Amici* have an interest in the questions before this Court: If the District Court's injunction stands unmodified, the pregnant and postpartum students Proposed *Amici* serve will suffer grave disruptions to their educations and threats to their and their pregnancies' health. Further information about Proposed *Amici* and their interests in this case is available as an addendum to this motion.

2. In their proposed brief, Proposed *Amici* draw on their experience and expertise working with pregnant and parenting students. The proposed brief describes the current educational and medical challenges

faced by this population and how provisions in the Department of Education's new Title IX rule ("the Rule"), would address those obstacles. *See* Proposed Br. at 1-14. That information may inform this Court's decision as to whether to grant a partial stay of the District Court's injunction of the full Rule—an injunction that covers the pregnancy-related provisions that Plaintiffs-Appellants did not challenge. *See* ECF No. 19 at 9. Accordingly, Proposed *Amici* respectfully submit that the attached brief setting forth their views will be useful to the Court in its consideration of this important issue.

3. The Defendants-Appellants file their emergency motion for a partial stay on July 1, 2024. *See* ECF No. 19. Pursuant to Federal Rule of Appellate Procedure 29(a)(6), Proposed *Amici*'s brief should have been filed yesterday. Because Proposed *Amici* did not have advance notice of the Defendants-Appellants' emergency filing, and because of logistical challenges posed by the intervening holiday, Proposed *Amici* were unable to meet that deadline. Now, with hat in hand, they seek leave to file their brief one day late.

Proposed *Amici*'s late filing will not prejudice any party. All parties, through their counsel, have consented to filing of the proposed brief

today. Plaintiffs-Appellees would not have had the opportunity to respond to Proposed *Amici*'s brief whether it were filed yesterday or today, since, pursuant to this Court's order, their brief was due last week. *See* ECF No. 20. If the brief had been filed yesterday, Defendants-Appellants would have had the opportunity to review it before their filing today, but the proposed brief is filed in their favor, and, as noted, they also consented to the filing of the brief.

For the reasons described above, Proposed *Amici* ask that this Court grant it leave to file the attached brief.

Respectfully submitted,

/s/ Jim Davy

Jim Davy
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
(215) 792-3579
jimdavy@allriselaw.org

Counsel for *Amici*

July 9, 2024

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 540 words. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared using Microsoft Office Word 16.66.1, set in Century Schoolbook 14-point type.

                                                  /s/ Jim Davy
                                                  Jim Davy

# ADDENDUM

**Justice + Joy National Collaborative** (formerly the "National Crittenton Foundation") is a national nonprofit organization that supports the wellbeing of girls and young women, including pregnant and parenting youth. It regularly convenes direct service providers from thirty states, who provide support to pregnant and parenting teens on the margins, many of whom have survived abuse, violence or neglect.

**Mommies in the D** is a Michigan nonprofit organization dedicated to empowering young mothers, aged fourteen to twenty-two, by establishing nurturing and growth-centered environments. By educating young mothers on the importance of prenatal visits, developmental stages of children, and breastfeeding support, they aim to support young mothers in their social, economic, and emotional development so they can achieve their personal and parenting goals.

**Generation Hope** is a national nonprofit whose mission is to ensure all student parents have the opportunity to succeed, experience economic mobility, and build wealth. It provides wrap-around services to young parents and their children, including mentoring, tuition assistance, tutoring, career preparation, and mental health support.

**The U.S. Breastfeeding Committee** ("USBC") is a national non-profit coalition bringing together 140 organizations that support the USBC mission to create a landscape of breastfeeding support across the United States. USBC is committed to ensuring that all families in the U.S.—including postpartum students—have the support and resources they need to achieve their breastfeeding goals in the communities where they live, learn, and work.

**The National Nurse-Led Care Consortium ("NNCC")** is a national nonprofit whose mission is to advance nurse-led healthcare through policy and programming to reduce health disparities and meet primary care and wellness needs, including those of pregnant, postpartum, and parenting students. NNCC has a longstanding relationship with community-based organizations empowering young people and students in their parenting journeys, particularly in support of their ongoing educational needs. Public health nursing services provided by NNCC facilitate access to medical care, developmental support services, breastfeeding support, and peer support groups for parents and parents-to-be, including many students.