UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: __24-5588__

Case Title: __Tennessee et al.__ vs. __Cardona et al.__

List all clients you represent in this appeal:

> **Organizations Serving Pregnant and Parenting Students:**
>
> **Justice + Joy National Collaborative; Mommies in the D; Generation Hope; the U.S. Breastfeeding Committee; the National Nurse-Led Care Consortium**

☐ Appellant  ☐ Petitioner  ☒ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Jim Davy__          Signature: s/ __Jim Davy__

Firm Name: __All Rise Trial & Appellate__

Business Address: __P.O. Box 15216__

City/State/Zip: __Philadephia, PA 19125__

Telephone Number (Area Code): __(215) 792-3579__

Email Address: __jimdavy@allriselaw.org__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---