No. 24-5588

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 11, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| STATE OF TENNESSEE, et al., ) | |
| ) | |
|    Plaintiffs-Appellees, ) | |
| ) | |
| and ) | O R D E R |
| ) | |
| CHRISTIAN EDUCATORS ASSOCIATION ) | |
| INTERNATIONAL, et al., ) | |
| ) | |
|    Intervenors-Plaintiffs-Appellees, ) | |
| ) | |
| v. ) | |
| ) | |
| MIGUEL CARDONA, in his official capacity as ) | |
| Secretary of Education, et al., ) | |
| ) | |
|    Defendants-Appellants. ) | |

The parties are **INVITED** to file supplemental briefs addressing these questions:

1. If the motion to stay the injunction at a minimum is denied as to § 106.10, § 106.31(a), § 106.2's definition of "hostile environment harassment," and any other provisions of the Final Rule that intersect with these sections, what provisions of the Final Rule, if any, would be unaffected?

2. If any such provisions exist, which ones are not already covered by pre-existing rules issued by the agency under Title IX?

No. 24-5588
-2-

The Court would be grateful to receive the briefs as soon as possible but **no later than July 15, 2024**.

                                          ENTERED PURSUANT TO RULE 45(a),
                                          RULES OF THE SIXTH CIRCUIT

                                          *Kelly L. Stephens* (signature)
                                          Kelly L. Stephens, Clerk

Issued: July 11, 2024