Case No. 24-5588

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

STATE OF TENNESSEE; COMMONWEALTH OF KENTUCKY; STATE OF OHIO; STATE OF INDIANA; COMMONWEALTH OF VIRGINIA; STATE OF WEST VIRGINIA

    Plaintiffs - Appellees

CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL; A.C., by her next friend and mother Next Friend, Abigail Cross

    Intervenors - Plaintiffs - Appellees

v.

MIGUEL CARDONA, in his official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION;

    Defendants - Appellants

Upon consideration of the motion filed by Organizations serving Pregnant and Parenting Students for leave to file a late amicus brief in support of defendants-appellants' emergency motion for a partial stay,

It is **ORDERED** that the motion be, and it hereby is **GRANTED.**

                                    **ENTERED BY ORDER OF THE COURT**
                                    Kelly L. Stephens, Clerk

Issued: July 17, 2024