UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **Tennessee, et al.** vs. **Miguel Cardona, et al.**

List all clients you represent in this appeal:

**Commonwealth of Kentucky**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☒ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **John H. Heyburn**      Signature: s/ **John H. Heyburn**

Firm Name: **Office of the Kentucky Attorney General**

Business Address: **700 Capital Avenue, Suite 118**

City/State/Zip: **Frankfort, Kentucky 40601**

Telephone Number (Area Code): **(502) 696-5300**

Email Address: **Jack.Heyburn@ky.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.