UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **Tennessee, et al.** vs. **Miguel Cardona, et al.**

List all clients you represent in this appeal:

**California, New Jersey, Pennsylvania, and other amici states identified on the amicus brief to be filed**

☐ Appellant     ☐ Petitioner     ☒ Amicus Curiae     ☐ Criminal Justice Act
☐ Appellee      ☐ Respondent     ☐ Intervenor                (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Laura Faer**          Signature: s/ **Laura Faer**

Firm Name: **California Department of Justice, Office of the Attorney General**

Business Address: **1515 Clay Street**

City/State/Zip: **Oakland, CA 94612**

Telephone Number (Area Code): **(510) 879-3304**

Email Address: **laura.faer@doj.ca.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.