UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **Tennessee, et al.**  vs. **Miguel Cardona, et al.**

List all clients you represent in this appeal:

**California, New Jersey, Pennsylvania, and other amici states identified on the amicus brief to be filed**

☐ Appellant   ☐ Petitioner   ☑ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor              (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Christina Riehl**   Signature: s/ **Christina Riehl**

Firm Name: **California Department of Justice**

Business Address: **600 West Broadway**

City/State/Zip: **San Diego, CA 92101**

Telephone Number (Area Code): **(619) 738-9740**

Email Address: **Christina.Riehl@doj.ca.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.