UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **State of Tennessee, et al.** vs. **Cardona**

List all clients you represent in this appeal:

> **Kevin Barry; Maxine Eichner; Katie Eyer; Holning Lau; Naomi Schoenbaum; Brian Soucek; Deborah Widiss; Ezra Ishmael Young**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Katie Eyer**        Signature: s/ **Katie R. Eyer**

Firm Name: **Rutgers Law School**

Business Address: **217 N. 5th Street, E429**

City/State/Zip: **Camden, NJ 08102**

Telephone Number (Area Code): **(856) 225-6960**

Email Address: **katie.eyer@rutgers.edu**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---