UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **State of Tennessee, et al.** vs. **Cardona**

List all clients you represent in this appeal:

**Kevin Barry; Maxine Eichner; Katie Eyer; Holning Lau; Naomi Schoenbaum; Brian Soucek; Deborah Widiss; Ezra Ishmael Young**

☐ Appellant    ☐ Petitioner    ☑ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent    ☐ Intervenor    (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Robert Niles-Weed**    Signature: s/ **Robert Niles-Weed**

Firm Name: **Weil, Gotshal & Manges LLP**

Business Address: **767 Fifth Ave**

City/State/Zip: **New York, NY 10153**

Telephone Number (Area Code): **(212) 310-8651**

Email Address: **robert.niles-weed@weil.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17