UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **State of Tennessee** vs. **Miguel Cardona**

List all clients you represent in this appeal:

**Floyd Abrams, Vincent Blasi, Lee Bollinger, Erwin Chemerinsky, Genevieve Lakier, Amanda Shanor, Geoffrey Stone, and Laura Weinrib as amici First Amendment Scholars in support of Appellants**

☐ Appellant     ☐ Petitioner     ☑ Amicus Curiae     ☐ Criminal Justice Act
☐ Appellee      ☐ Respondent     ☐ Intervenor              (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jessica Ring Amunson**     Signature: s/ **Jessica Ring Amunson**

Firm Name: **Jenner & Block**

Business Address: **1099 New York Avenue NW**

City/State/Zip: **Washington, DC 20001**

Telephone Number (Area Code): **(202) 639-6000**

Email Address: **jamunson@jenner.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |