UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **State of Tennessee et al.** vs. **Miguel Cardona**

List all clients you represent in this appeal:

> **National Women's Law Center, A Better Balance, American Federation of Teachers, American Medical Women's Association, Autistic Self Advocacy Network, Bend the Arc: A Jewish Partnership for Justice, Center for Women's Health & Human Rights, Central Conference of American Rabbis, Clearinghouse on Women's Issues, Coalition of Labor Union Women, AFL-CIO, Collective Power for Reproductive Justice, Desiree Alliance, Equality California, FORGE, Inc., Gender Justice, GLSEN, If/When/How, Men of Reform Judaism, National Association of Social Workers, National Network to End Domestic Violence, National Organization for Women Foundation, National Women's Political Caucus, New York Lawyers for the Public Interest, Nurses for Sexual and Reproductive Health, People For the American Way, Planned Parenthood Federation of America, Public Counsel, Reproaction, SIECUS: Sex Ed for Social Change, SisterLove, Inc., SisterReach, Stop Sexual Assault in Schools (SSAIS), The Trevor Project, The Womxn Project, Tom Homann LGBTQ+ Law Association, Union for Reform Judaism, Virginia Sexual and Domestic Violence Action, Women of Reform Judaism, Women's Bar Association of the District of Columbia, Women's Law Project, Youth Pride, Inc., Lift Louisiana**

☐ Appellant    ☐ Petitioner    ☒ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor                    (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Madeline Gitomer**    Signature: s/ **Madeline Gitomer**

Firm Name: **Democracy Forward Foundation**

Business Address: **P.O. Box 34553**

City/State/Zip: **Washington, DC 20043**

Telephone Number (Area Code): **(202) 448-9090**

Email Address: **mgitomer@democracyforward.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---