UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **Tennessee, et al.** vs. **Miguel Cardona, et al.**

List all clients you represent in this appeal:

**California, New Jersey, Pennsylvania, and other amici states identified on the amicus brief to be filed**

☐ Appellant   ☐ Petitioner   ☑ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor            (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jessica Palmer**          Signature: s/ **Jessica Palmer**

Firm Name: **New Jersey Office of the Attorney General - Division of Law**

Business Address: **25 Market Street, 8th Floor**

City/State/Zip: **Trenton, New Jersey 08625-0093**

Telephone Number (Area Code): **(609) 376-3377**

Email Address: **jessica.palmer@law.njoag.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---