UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

**Appeal No.:** 24-5588

**Case Title:** Tennessee, et al.   vs.   Cardona, et al.

List all clients you represent in this appeal:

> **Independent Women's Law Center**

- ☐ Appellant
- ☐ Petitioner
- ☑ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

**Attorney Name:** Benjamin M. Flowers    **Signature:** s/ Benjamin M. Flowers

**Firm Name:** Ashbrook Byrne Kresge LLC

**Business Address:** PO Box 8248

**City/State/Zip:** Cincinnati, Ohio 45249

**Telephone Number (Area Code):** 513-201-5775

**Email Address:** bflowers@ashbrookbk.com

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---