UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **Tennessee, et al**  vs. **Cardona, et al.**

List all clients you represent in this appeal:

**Independent Women's Law Center; Women's Declaration International USA; Concerned Women for America**

☐ Appellant   ☐ Petitioner   ☒ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor        (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sylvia May Mailman**   Signature: s/ **Sylvia May Mailman**

Firm Name: **Independent Women's Law Center**

Business Address: **1802 Vernon St. NW, Suite 1027**

City/State/Zip: **Washington, DC 20009**

Telephone Number (Area Code): **202-807-9986**

Email Address: **may.mailman@iwf.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.