UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **State of Tennessee, et al.** vs. **Miguel Cardona, et al.**

List all clients you represent in this appeal:

**See attached list**

☐ Appellant    ☐ Petitioner    ☑ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor              (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

---

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **J. Marc Wheat**          Signature: s/ **J. Marc Wheat**

Firm Name: **ADVANCING AMERICAN FREEDOM, INC.**

Business Address: **801 Pennsylvania Avenue, N.W., Suite 930**

City/State/Zip: **Washington DC 20004**

Telephone Number (Area Code): **(202) 780-4848**

Email Address: **MWheat@advancingamericanfreedom.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

CASE NO. 24-5588

# In the United States Court of Appeals for the Sixth Circuit

STATE OF TENNESSEE, ET AL., *Plaintiffs – Appellees*

AND

CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, ET AL., *Intervernors-Appellees*

v.

MIGUEL CARDONA, ET AL., *Defendants - Appellants*

On Appeal from the United States District Court for the Eastern District of Kentucky at Covington, Honorable Danny C. Reeves, Chief District Judge
Civil Action No. 2:24-cv-00072

**BRIEF OF AMICI CURIAE**

Advancing American Freedom, Inc.; Alliance for Law and Liberty; AMAC Action; American Encore; American Values; Anglicans for Life; Center for Political Renewal; Center for Urban Renewal and Education (CURE); Delaware Family Policy Council; Eagle Forum of Georgia; Family Institute of Connecticut Action; Frontline Policy Council; Charlie Gerow; Idaho Family Policy Center; Idaho Freedom Action; Idaho Freedom Foundation; International Conference of Evangelical Chaplain Endorsers; James Dobson Family Institute; JCCWatch.org; Tim Jones, Fmr. Speaker, Missouri House, Chairman, Missouri Center-Right Coalition; Lutheran Center for Religious Liberty; Maryland Family Institute; National Organization for Marriage; Palmetto Promise Institute; Project 21 Black Leadership Network; Rio Grande Foundation; Ann Schockett, Past President, National Federation of Republican Women; Setting Things Right; Stand for Georgia Values Action; 60 Plus Association; Tea Party Patriots Action, Inc.; The American Association of Senior Citizens; The James G. Martin Center for Academic Renewal; Tradition, Family, Property, Inc.; Wisconsin Family Action; Yankee Institute; and Young Conservatives of Texas.