UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **State of Tennessee**  vs. **Cardona**

List all clients you represent in this appeal:

**America First Legal Foundation**

☐ Appellant  ☐ Petitioner  ☑ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor               (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Christopher Mills**    Signature: s/ **Christopher Mills**

Firm Name: **Spero Law LLC**

Business Address: **557 East Bay St. #22251**

City/State/Zip: **Charleston, SC 29413**

Telephone Number (Area Code): **843-606-0640**

Email Address: **cmills@spero.law**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.