UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **Tennessee, et al.** vs. **Miguel Cardona, et al.**

List all clients you represent in this appeal:

**Billy Burleigh, KathyGrace Duncan, Laura Perry Smalts, Jane Smith, and the Manhattan Institute**

- ☐ Appellant
- ☐ Petitioner
- ☑ Amicus Curiae
- ☐ Criminal Justice Act
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor
- (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Joshua K. Payne**    Signature: s/ **Joshua K. Payne**

Firm Name: **Campbell Miller Payne, PLLC**

Business Address: **5955 Alpha Rd #1491**

City/State/Zip: **Dallas, Texas 75240**

Telephone Number (Area Code): **(214) 316-7156**

Email Address: **josh@cmppllc.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---