UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **State of Tennessee, et al.** vs. **Miguel Cardona, et al.**

List all clients you represent in this appeal:

**Brent Ellis, President of Spring Arbor University**

- ☐ Appellant
- ☐ Petitioner
- ☑ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **William Wagner**   Signature: s/ **William Wagner**

Firm Name: **Great Lakes Justice Center**

Business Address: **5600 West Mount Hope Highway**

City/State/Zip: **Lansing, MI 48917**

Telephone Number (Area Code): **(517) 643-1765**

Email Address: **Prof.WWJD@gmail.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---