UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **State of Tennessee, et al.** vs. **Miguel Cardona, et al.**

List all clients you represent in this appeal:

**Professor Gerard V. Bradley**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☒ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **David H. Thompson**       Signature: s/ **David H. Thompson**

Firm Name: **Cooper & Kirk, PLLC**

Business Address: **1523 New Hampshire Avenue, NW**

City/State/Zip: **Washington, DC 20036**

Telephone Number (Area Code): **(202) 220-9600**

Email Address: **dthompson@cooperkirk.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.