UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **State of Tennessee, et al.** vs. **Miguel Cardona et al.**

List all clients you represent in this appeal:

**Jane Doe**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☒ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Luke N. Berg**     Signature: s/ **Luke N. Berg**

Firm Name: **Wisconsin Institute for Law & Liberty, Inc.**

Business Address: **330 East Kilbourn Avenue, Suite 725**

City/State/Zip: **Milwaukee, WI 53202**

Telephone Number (Area Code): **414-727-7361**

Email Address: **luke@will-law.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.