UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **Tennessee** vs. **Cardona**

List all clients you represent in this appeal:

**Women's Liberation Front**

☐ Appellant  ☐ Petitioner  ☒ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Lauren A Bone**     Signature: s/ **Lauren A Bone**

Firm Name: **Women's Liberation Front**

Business Address: **1802 Vernon Street NW #2036**

City/State/Zip: **Washington, DC 20009**

Telephone Number (Area Code): **(212) 507-9475**

Email Address: **Legaldirector@womensliberationfront.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---