UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **State of Tennessee, et al.** vs. **Miguel Cardona, et al.**

List all clients you represent in this appeal:

**Defense of Freedom Institute for Policy Studies**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Donald A. Daugherty, Jr.**   Signature: s/ **Donald A. Daugherty, Jr.**

Firm Name: **Defense of Freedom Institute**

Business Address: **1455 Pennsylvania Avenue, NW, Suite 400**

City/State/Zip: **Washington, DC 20004**

Telephone Number (Area Code): **(414) 559-6902**

Email Address: **don.daugherty@dfipolicy.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.