UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: __24-5588_____

Case Title: __State of Tennessee, et al._____ vs. __Miguel Cardona, et al._____

List all clients you represent in this appeal:

| |
|---|
| **133 FEMALE ATHLETES, COACHES, SPORTS OFFICIALS, AND PARENTS OF FEMALE ATHLETES; INTERNATIONAL CONSORTIUM ON FEMALE SPORT; INDEPENDENT COUNCIL ON WOMEN'S SPORTS** |

☐ Appellant    ☐ Petitioner    ☑ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent    ☐ Intervenor        (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __William Bock III_____ Signature: s/ __William Bock III_____

Firm Name: __Kroger, Gardis & Regas, LLP_____

Business Address: __111 Monument Circle, Suite 900_____

City/State/Zip: __Indianapolis, IN 46204_____

Telephone Number (Area Code): __(317) 692-9000_____

Email Address: __wbock@kgrlaw.com_____

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |