UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **Tennessee et al.** vs. **Cardona et al.**

List all clients you represent in this appeal:

**The American Civil Rights Project**

☐ Appellant    ☐ Petitioner    ☒ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor                    (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Joseph A. Bingham**        Signature: s/ **Joseph A. Bingham**

Firm Name: **The American Civil Rights Project**

Business Address: **P.O. Box 12207**

City/State/Zip: **Dallas, Texas 75225**

Telephone Number (Area Code): **(919) 649-7403**

Email Address: **joe@americancivilrightsproject.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---