UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **State of Tennessee, et al.** vs. **Cardona, et al.**

List all clients you represent in this appeal:

> **States of Arkansas, Alabama, Alaska, Idaho, Iowa, Florida, Georgia, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Texas, Utah, and Wyoming.**

- ☐ Appellant
- ☐ Petitioner
- ☑ Amicus Curiae
- ☐ Criminal Justice Act
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor
- (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Nicholas J. Bronni**   Signature: s/ **Nicholas J. Bronni**

Firm Name: **Arkansas Attorney General's Office**

Business Address: **323 Center St., Suite 200**

City/State/Zip: **Little Rock, AR 72201**

Telephone Number (Area Code): **501-682-6302**

Email Address: **Nicholas.Bronni@arkansasag.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---