UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5588**

Case Title: **Tennessee et al.**  vs. **Cardona et al.**

List all clients you represent in this appeal:

**The American Civil Rights Project**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☒ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Joseph A. Bingham**    Signature: s/ **Joseph A. Bingham**

Firm Name: **The American Civil Rights Project**

Business Address: **14405 Salisbury Plain Court**

City/State/Zip: **Centreville, VA 20120**

Telephone Number (Area Code): **(919) 649-7403**

Email Address: **joe@americancivilrightsproject.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---