# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 09, 2024

**<u>Notice of Oral Argument at 9:00 a.m. (Eastern Time) on Wednesday, October 30, 2024</u>**

Steven A. Myers
U.S. Department of Justice
Appellate Staff
950 Pennsylvania Avenue, N.W., Room 7232
Washington, DC 20530

Mr. John J. Bursch
Alliance Defending Freedom
440 First Street, N.W., Suite 600
Washington, DC 20001

Ms. Whitney D. Hermandorfer
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202

Re:  No. 24-5588, *TN, et al v. Miguel Cardona, et al*

Dear Counsel:

Your case is scheduled for oral argument at **9:00 a.m. (Eastern Time) on Wednesday, October 30, 2024** before a three-judge panel of the Sixth Circuit Court of Appeals in Cincinnati, Ohio.  <u>The time allotted for oral argument is 20 minutes to be shared by plaintiffs; 20 minutes for defendants</u>.  You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

Only attorneys who plan on presenting oral argument are required to file the *Oral Argument Acknowledgment form*.  Please download this form from the website and file it by **<u>September 23, 2024</u>**.

On the day of oral argument, report to the Clerk's Office, Room 540 in the Potter Stewart United States Courthouse, located at the corner of Fifth and Walnut Streets in Cincinnati by **8:30 a.m. (Eastern Time)**.  Court will convene at 9:00 a.m.  <u>Once you enter the courthouse, you must use the elevators on the Main Street (east) side to access the Clerk's Office on the fifth floor</u>.

If you had previously requested oral argument but now wish to waive it, a motion to that effect should be filed with the court as soon as possible.

The panel may conclude, at a later date, that argument is not necessary. If that should occur, you will be notified immediately that argument is cancelled, and the case will be submitted on the briefs of the parties and the record. This possibility should be taken into account when making your travel arrangements, particularly in deciding whether to purchase refundable or non-refundable tickets for air travel.

An attorney who has been appointed under the Criminal Justice Act should make travel arrangements directly with National Travel, tel. (800) 445-0668. The Clerk's office has provided National Travel with the required Travel Authorization which pays for CJA travel the day before and day of oral argument. If you are a CJA appointed attorney and choose to make alternative arrangements, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

Continuances of oral argument will be granted only in exceptional circumstances, upon the motion of counsel. Counsel is strongly discouraged from seeking continuances and, where such a request is to be made, the motion should be filed as soon as possible. **The filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.**

                                                        Sincerely yours,

                                                        s/Robin L. Johnson
                                                        Calendar Deputy

cc:  Ms. Virginia Adamson
      Ms. Jessica Ring Amunson
      Ms. Martha Astor
      Mr. James A. Barta
      Mr. Luke N. Berg
      Mr. Joseph Bingham
      Mr. William Bock III
      Ms. Lauren Adams Bone
      Ms. Cory Jennifer Brewer
      Mr. Nicholas J. Bronni
      Mr. James A. Campbell
      Ms. Sunu Chandy
      Mr. Donald Albert Daugherty Jr.
      Mr. James Patrick Davy
      Ms. Lisa Eisenberg
      Ms. Katie Eyer
      Ms. Laura Faer
      Mr. Benjamin Michael Flowers
      Mr. Thomas Elliot Gaiser

Mr. Kevin Michael Gallagher
Ms. Madeline Gitomer
Ms. Kaitlyn Golden
Mr. Steven James Griffin
Mr. John Hail Heyburn
Mr. Harrison Gray Kilgore
Mr. Matthew Franklin Kuhn
Ms. Sylvia May Mailman
Mr. Christopher Ernest Mills
Mr. Brian Daniel Mounce
Mr. Robert Niles-Weed
Mr. Edward Nugent
Mr. William Jeffrey Olson
Ms. Jessica L. Palmer
Ms. Melissa N. Patterson
Mr. Joshua Kerry Payne
Mr. David Peters
Mr. James Matthew Rice
Ms. Christina Riehl
Mr. Jonathan Andrew Scruggs
Ms. Mathura Jaya Sridharan
Mr. Jack Starcher
Mr. David H. Thompson
Mr. William R. Wagner
Mr. Jacob P. Warner
Mr. John Marc Wheat