# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 24-5588 _____

2. Case Caption (Short Title): Tennessee, et al. v. Cardona, et al. _____

3. Argument is scheduled for  **9:00 am**  (time)  on  **October 30, 2024**  (day, date)  and will be held:

    [✓] Live (In Person)    [ ] by Video    [ ] by Telephone

4. I, **David L. Peters** _____, will be presenting argument on behalf of:

    [✓] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):
    [ ] Appellee / Respondent    [ ] Intervenor    _____

    If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Miguel Cardona, in his official capacity as Secretary of Education; U.S. Department of Education

6. Minutes reserved for rebuttal (appellant / petitioner only): **5** _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

    A. Number of attorneys sharing time: ____
    B. Total number of minutes (in whole minutes only) to be shared: ____
    C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____
    D. Your assigned minutes (in whole minutes only): ____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*