# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __24-5588_____

2. Case Caption (Short Title): __Tennessee, et al. v. Cardona, et al._____

3. Argument is scheduled for __9:00 a.m.__ (time) on __October 30, 2024_____ (day, date) and will be held:

   [✓] Live (In Person)  [ ] by Video  [ ] by Telephone

4. I, __Jacob P. Warner_____, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner  [ ] Amicus Curiae  [ ] Other (please specify below):
   [✓] Appellee / Respondent  [✓] Intervenor  _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Christian Educators Association International; A.C., by her next friend and mother, Abigail Cross

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: __2___
   B. Total number of minutes (in whole minutes only) to be shared: __20__
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): __2nd__
   D. Your assigned minutes (in whole minutes only): __5___

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

   Docketing Instructions:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*