**No. 24-5588**

# United States Court of Appeals for the Sixth Circuit

———————

STATE OF TENNESSEE, ET AL.,
PLAINTIFFS-APPELLEES,

CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL, ET AL.,
INTERVENORS-APPELLEES,

*v.*

MIGUEL CARDONA, ET AL.,
DEFENDANTS-APPELLANTS.

———————

*APPEAL FROM THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE,
NO. 24-CV-72, HON. DANNY C. REEVES, PRESIDING*

———————

**UNOPPOSED MOTION OF AMERICA FIRST LEGAL FOUNDATION
TO FILE CORRECTED BRIEF**

———————

GENE P. HAMILTON
REED D. RUBINSTEIN
NICHOLAS R. BARRY
*America First Legal Foundation*
*611 Pennsylvania Ave. SE #231*
*Washington, D.C. 20003*
*(202) 964-3721*
*gene.hamilton@aflegal.org*

CHRISTOPHER MILLS
*Spero Law LLC*
*557 East Bay Street #22251*
*Charleston, SC 29413*
*(843) 606-0640*
*cmills@spero.law*

Counsel for *Amicus Curiae*

*Amicus* America First Legal Foundation hereby moves to file a corrected brief due to a clerical error. No party opposes this motion. The word count reflected in the original brief's certificate of compliance should have been 5,203 instead of 4,620 words. Correcting this word count—which remains well within the word limits for *amicus* briefs—is the only change in the attached substitute brief. Thus, the Court should grant the motion and substitute the attached brief.

Respectfully submitted,

s/ Christopher Mills

| | |
|---|---|
| GENE P. HAMILTON | CHRISTOPHER MILLS |
| REED D. RUBINSTEIN | *Spero Law LLC* |
| NICHOLAS R. BARRY | 557 East Bay Street #22251 |
| *America First Legal Foundation* | *Charleston, SC 29413* |
| *300 Independence Ave. SE* | *(843) 606-0640* |
| *Washington, D.C. 20003* | *cmills@spero.law* |
| *(202) 964-3721* | |
| *gene.hamilton@aflegal.org* | |
| *reed.rubinstein@aflegal.org* | |
| *nicholas.barry@aflegal.org* | |

Counsel for *Amicus Curiae*

OCTOBER 16, 2024

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because it contains 76 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.

3. This document has been scanned for viruses and is virus-free.

Dated:  October 16, 2024

                                             /s Christopher Mills
                                             Christopher Mills

## CERTIFICATE OF SERVICE

I, Christopher Mills, an attorney, certify that on this day the foregoing Motion was served electronically on all parties via CM/ECF.

Dated: October 16, 2024

                                                <u>s/ Christopher Mills</u>
                                                Christopher Mills