# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 22, 2024

Mr. Christopher Ernest Mills
Spero Law
557 E. Bay Street
Suite 22251
Charleston, SC 29413

          Re:  Case No. 24-5588, *TN, et al v. Miguel Cardona, et al*
                Originating Case No. : 2:24-cv-00072

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                        Sincerely yours,

                                        s/Roy G. Ford
                                        Case Manager
                                        Direct Dial No. 513-564-7016

cc:  Ms. Virginia Adamson
      Ms. Jessica Ring Amunson
      Ms. Martha Astor
      Mr. James A. Barta
      Mr. Luke N. Berg
      Mr. Joseph Bingham
      Mr. William Bock III
      Ms. Lauren Adams Bone
      Ms. Cory Jennifer Brewer
      Mr. Nicholas J. Bronni
      Mr. John J. Bursch
      Mr. James A. Campbell
      Mr. Robert R. Carr

Ms. Sunu Chandy
Mr. Donald Albert Daugherty Jr.
Mr. James Patrick Davy
Ms. Lisa Eisenberg
Ms. Katie Eyer
Ms. Laura Faer
Mr. Benjamin Michael Flowers
Mr. Thomas Elliot Gaiser
Mr. Kevin Michael Gallagher
Ms. Madeline Gitomer
Ms. Kaitlyn Golden
Mr. Steven James Griffin
Ms. Whitney D. Hermandorfer
Mr. John Hail Heyburn
Mr. Harrison Gray Kilgore
Mr. Matthew Franklin Kuhn
Ms. Sylvia May Mailman
Mr. Brian Daniel Mounce
 Steven A. Myers
Mr. Robert Niles-Weed
Mr. Edward Nugent
Mr. William Jeffrey Olson
Ms. Jessica L. Palmer
Ms. Melissa N. Patterson
Mr. Joshua Kerry Payne
Mr. David Peters
Mr. James Matthew Rice
Ms. Christina Riehl
Mr. Jonathan Andrew Scruggs
Ms. Mathura Jaya Sridharan
Mr. Jack Starcher
Mr. David H. Thompson
Mr. William R. Wagner
Mr. Jacob P. Warner
Mr. John Marc Wheat

Enclosure