# Roy Ford

| | |
|---|---|
| **From:** | CA06-ECF-NoticeDesk |
| **Sent:** | Tuesday, March 11, 2025 3:42 PM |
| **To:** | Roy Ford |
| **Subject:** | FW: 24-5588 TN, et al v. Miguel Cardona, et al "additional citation (28j)" |

Email regarding attorney Sylvia May Mailman in 24-5588.

**RECEIVED**
03/11/2025
KELLY L. STEPHENS, Clerk

**From:** May Mailman <may.mailman@iwf.org>
**Sent:** Tuesday, March 11, 2025 3:27 PM
**To:** CA06-ECF-NoticeDesk <CA06-ECF-NoticeDesk@ca6.uscourts.gov>
**Subject:** Re: 24-5588 TN, et al v. Miguel Cardona, et al "additional citation (28j)"

I am no longer working at Independent Women.  Please contact Beth Parlato, beth.parlato@iwf.org, for most matters regarding IWLC.


--

**May Mailman**
*Director of Independent Women's Law Center*
Independent Women's Forum
785.447.0436
may.mailman@iwf.org