UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 18, 2025

Ms. Virginia Adamson
Office of the Attorney General
of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Ms. Jessica Ring Amunson
Jenner & Block
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001

Ms. Martha Astor
Defense of Freedom Institute
1455 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20004

Mr. James A. Barta
Office of the Attorney General
of Indiana
302 Washington Street
Indiana Government Center South 5th Floor
Indianapolis, IN 46204

Mr. Luke N. Berg
Wisconsin Institute for Law and Liberty
330 E. Kilbourn Avenue
Suite 725
Milwaukee, WI 53202

Mr. Joseph Bingham
14405 Salisbury Plain Court
Centreville, VA 20120

Mr. William Bock III
Kroger, Gardis & Regas
111 Monument Circle
Suite 900
Indianapolis, IN 46204

Ms. Lauren Adams Bone
Women's Liberation Front
1802 Vernon Street, N.W.
Suite 2036
Washington, DC 20009

Ms. Cory Jennifer Brewer
Wisconsin Institute for Law and Liberty
330 E. Kilbourn Avenue, Suite 725
Milwaukee, WI 53202

Mr. John J. Bursch
Alliance Defending Freedom
440 First Street, N.W., Suite 600
Washington, DC 20001

Mr. James A. Campbell
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

Ms. Sunu Chandy
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Mr. Donald Albert Daugherty Jr.
Defense of Freedom Institute
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, DC 20004

Mr. James Patrick Davy
Law Office
P.O. Box 15216
Philadelphia, PA 19125

Ms. Lisa Eisenberg
Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103

Ms. Katie Eyer
Rutgers School of Law
217 N. Fifth Street
Suite E429
Camden, NJ 08102

Ms. Laura Faer
Office of the Attorney General
of California
1515 Clay Street
20th Floor
Oakland, CA 94612

Mr. Benjamin Michael Flowers
Ashbrook Byrne Kresge Flowers LLC
P.O. Box 8248
Cincinnati, OH 45249

Mr. Thomas Elliot Gaiser
Office of the Attorney General
of Ohio
30 E. Broad Street
17th Floor
Columbus, OH 43215

Mr. Kevin Michael Gallagher
Office of the Attorney General
for the Commonwealth of Virginia
202 N. Ninth Street
Richmond, VA 23219

Ms. Madeline Gitomer
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Ms. Kaitlyn Golden
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Mr. Steven James Griffin
Office of the Attorney General
of Tennessee
500 Dr. Martin L. King Boulevard, Suite 3214
Nashville, TN 37219

Ms. Whitney D. Hermandorfer
Office of the Attorney General
of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Mr. John Hail Heyburn
Office of the Attorney General
of Kentucky
700 Capital Avenue
Suite 118
Frankfort, KY 40601

Mr. Dylan L. Jacobs
Office of the Attorney General
of Arkansas
323 Center Street
Suite 200
Little Rock, AR 72201-2610

Mr. Harrison Gray Kilgore
Office of the Attorney General
of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Mr. Matthew Franklin Kuhn
Office of the Attorney General
of Kentucky
700 Capital Avenue
Suite 118
Frankfort, KY 40601

Ms. Sylvia May Mailman
Independent Women's Law Center
4 Weems Lane
Room 312
Winchester, VA 22601

Mr. Christopher Ernest Mills
Spero Law
557 E. Bay Street, Suite 22251
Charleston, SC 29413

Mr. Brian Daniel Mounce
Relentless Advocacy
7000 Executive Center Drive
Suite 240
Brentwood, TN 37027

Mr. Steven A. Myers
U.S. Department of Justice
Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7232
Washington, DC 20530

Mr. Robert Niles-Weed
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Mr. Edward Nugent
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-3664

Mr. William Jeffrey Olson
Law Office
370 Maple Avenue, W.
Suite 4
Vienna, VA 22180-5615

Ms. Jessica L. Palmer
Office of the Attorney General
of New Jersey
25 Market Street
P.O. Box 080
Trenton, NJ 08625

Ms. Melissa N. Patterson
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Suite 7259
Washington, DC 20530

Mr. Joshua Kerry Payne
Campbell Miller Payne

5955 Alpha Road
Suite 1491
Dallas, TX 75240

Mr. David Peters
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. James Matthew Rice
Office of the Attorney General
of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Ms. Christina Riehl
Office of The Attorney General
Public Rights Division/Bureau of Children's Justice
600 W. Broadway
Suite 1800
San Diego, CA 92101

Mr. Jonathan Andrew Scruggs
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260

Ms. Mathura Jaya Sridharan
Office of the Attorney General
of Ohio
30 E. Broad Street
17th Floor
Columbus, OH 43215

Mr. Jack Starcher
Department of Justice
Computer Crime and Intellectual Property Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. David H. Thompson
Cooper & Kirk
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Mr. William R. Wagner
Law Office
5600 W. Mount Hope Highway
Lansing, MI 48917

Mr. Jacob P. Warner
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260

Mr. John Marc Wheat
Advancing American Freedom
801 Pennsylvania Avenue
Suite 930
Washington, DC 20004

      Re: Case No. 24-5588, *TN, et al v. Linda McMahon, et al*
         Originating Case No. : 2:24-cv-00072

Dear Counsel,

  The Court issued the enclosed unpublished order today in this case. Also enclosed is the court's judgment entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

              Sincerely yours,

              s/Cathryn Lovely
              Opinions Deputy

cc: Mr. Robert R. Carr

Enclosures