UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-5588

STATE OF TENNESSEE; COMMONWEALTH OF
KENTUCKY; STATE OF OHIO; STATE OF INDIANA;
COMMONWEALTH OF VIRGINIA; STATE OF WEST
VIRGINIA,

     Plaintiffs - Appellees,

CHRISTIAN EDUCATORS ASSOCIATION
INTERNATIONAL; A.C., by her next friend and mother,
Abigail Cross,

     Intervenor Plaintiffs - Appellees,

     v.

LINDA MCMAHON, in her official capacity as Secretary of
Education; UNITED STATES DEPARTMENT OF
EDUCATION,

     Defendants - Appellants.

FILED
Mar 18, 2025
KELLY L. STEPHENS, Clerk

Before: SILER, GRIFFIN, and MATHIS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Kentucky at Covington.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

HOWEVER, during the pendency of the appeal, the district court granted summary judgment in favor of the plaintiff states and private intervenors.

IN CONSIDERATION of the latter event, it is ORDERED that the appeal is DISMISSED for lack of jurisdiction.

**ENTERED BY ORDER OF THE COURT**

_____

Kelly L. Stephens, Clerk