UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 12, 2025

Mr. Robert R. Carr
Eastern District of Kentucky at Covington
35 W. Fifth Street
Covington, KY 41011

      Re: Case No. 24-5588, *TN, et al v. Linda McMahon, et al*
        Originating Case No. : 2:24-cv-00072

Dear Mr. Carr:

 Enclosed is a copy of the mandate filed in this case.

              Sincerely yours,

              s/Patricia J. Elder, Senior Case Administrator
                for Roy Ford, Case Manager

cc: Ms. Virginia Adamson
   Ms. Jessica Ring Amunson
   Ms. Martha Astor
   Mr. James A. Barta
   Mr. Luke N. Berg
   Mr. Joseph Bingham
   Mr. William Bock III
   Ms. Lauren Adams Bone
   Ms. Cory Jennifer Brewer
   Mr. John J. Bursch
   Mr. James A. Campbell
   Ms. Sunu Chandy
   Mr. Donald Albert Daugherty Jr.
   Mr. James Patrick Davy
   Ms. Lisa Eisenberg
   Ms. Katie Eyer
   Ms. Laura Faer
   Mr. Benjamin Michael Flowers
   Mr. Thomas Elliot Gaiser

Mr. Kevin Michael Gallagher
Ms. Madeline Gitomer
Ms. Kaitlyn Golden
Mr. Steven James Griffin
Ms. Whitney D. Hermandorfer
Mr. John Hail Heyburn
Mr. Dylan L. Jacobs
Mr. Harrison Gray Kilgore
Mr. Matthew Franklin Kuhn
Ms. Sylvia May Mailman
Mr. Christopher Ernest Mills
Mr. Brian Daniel Mounce
Mr. Steven A. Myers
Mr. Robert Niles-Weed
Mr. Edward Nugent
Mr. William Jeffrey Olson
Ms. Jessica L. Palmer
Ms. Melissa N. Patterson
Mr. Joshua Kerry Payne
Mr. David Peters
Mr. James Matthew Rice
Ms. Christina Riehl
Mr. Jonathan Andrew Scruggs
Ms. Mathura Jaya Sridharan
Mr. Jack Starcher
Mr. David H. Thompson
Mr. William R. Wagner
Mr. Jacob P. Warner
Mr. John Marc Wheat

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-5588

_____

Filed: May 12, 2025

STATE OF TENNESSEE; COMMONWEALTH OF KENTUCKY; STATE OF OHIO; STATE OF INDIANA; COMMONWEALTH OF VIRGINIA; STATE OF WEST VIRGINIA

    Plaintiffs - Appellees

CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL; A.C., by her next friend and mother Next Friend, Abigail Cross

    Intervenors - Plaintiffs - Appellees

v.

MIGUEL CARDONA, in his official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION;

    Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 03/18/2025 the mandate for this case hereby issues today.

COSTS: None